UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| WILLIAM BARRY, PH.D., | |
|---|---|
| Plaintiff, | |
| vs. | NO. C17-416RSL |
| UNITED STATES OF AMERICA, et al., | ORDER VACATING ORDER REGARDING INITIAL DISCLOSURES, JOINT STATUS REPORT, AND EARLY SETTLEMENT |
| Defendants. | |

The Court's Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement entered March 17, 2017, is hereby VACATED. The Court will reissue the Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement after defendants have appeared.

DATED this 3rd day of May, 2017.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER VACATING ORDER REGARDING INITIAL DISCLOSURES, JOINT STATUS REPORT, AND EARLY SETTLEMENT