The Honorable Richard S. Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WILLIAM BARRY, PhD, an individual,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA and the<br>UNITED STATES POSTAL SERVICE,<br><br>Defendants. | CASE NO. C17-416 RSL<br><br>[PROPOSED]<br>ORDER REFORMING CAPTION |

Having reviewed the stipulation of the parties, and pursuant to 28 U.S.C. 2679(a) of the Federal Tort Claims Act, the United States of America is substituted herein as the sole defendant in place of and instead of the United States Postal Service.

//

//

//

//

Order Reforming Caption (Proposed) - 1
C17-416 RSL, *Barry v. United States*

1

**ORDER**

2  IT IS HEREBY ORDERED that the caption of this case be amended to read as follows:

3

4  WILLIAM BARRY, PhD, an individual,   CASE NO. C16-1552RAJ

5  Plaintiff,

6  v.

7  UNITED STATES OF AMERICA,

8  Defendant.

9  DATED this 12th day of July, 2017.

10

11  _____
ROBERT S. LASNIK
12  United States District Judge

13

14  Presented by:

15  ANNETTE L. HAYES
Acting United States Attorney

16

/s/ Lisca Borichewski
17  LISCA BORICHEWSKI, WSBA # 24300
Assistant United States Attorney
18  United States Attorney's Office
700 Stewart Street, Suite 5220
19  Seattle, Washington 98101-1271
Phone: 206-553-7970
20  E-mail: lisca.borichewski@usdoj.gov

21

22

23

24  Order Reforming Caption (Proposed) - 2
C17-416 RSL, *Barry v. United States*