The Honorable Judge Lasnik

# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| WILLIAM BARRY, PhD.<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　　　Defendant. | NO. 17-CV-0416RSL<br><br>STIPULATION AND ~~PROPOSED~~ ORDER FOR EXTENSION OF DISCOVERY DEADLINES<br><br>**Noted for consideration:**<br>**April 9, 2018** |

## JOINT STIPULATION

The parties, by and through their counsel of record, hereby STIPULATE AND AGREE to an extension of the following pre-trial deadlines:

| Description | Old Deadline | New Deadline |
|---|---|---|
| Rebuttal Expert Disclosures | May 4, 2018 | May 30, 2018 |
| Discovery Deadline | June 3, 2018 | June 30, 2018 |

STIPULATION AND ~~PROPOSED~~ ORDER FOR
EXTENSION OF PRE-TRIAL DEADLINES
17-CV-416RSL - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
206-553-7970

Although the parties began the process of discovery in July 2017, the parties are continuing to seek medical records from recently identified medical providers relevant to the issue of damages. The parties are also discussing a potential pretrial resolution, and the additional time will allow the parties to explore that possibility prior to incurring the costs of deposing the Plaintiff's and the United States' expert witnesses. Accordingly, the parties respectfully request an extension to May 30, 2018 to produce rebuttal expert reports, and June 30, 2018 to complete discovery. This extension will not effect the trial date scheduled for October 1, 2018.

DATED this 9th day of April, 2018.

NELSON, LANGER & ENGLE

*s/Frederick P. Langer*
Frederick P. Langer, WSBA#25932
12055 15th Ave. NE
Seattle, WA 98125
Phone: 206-623-7520
Fax: 206-622-7068
Email: fredl@nellaw.com

Attorney for Plaintiff

ANNETTE L. HAYES
United States Attorney

*s/Lisca Borichewski*
Lisca Borichewski, WSBA#24300
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7970
Email: lisca.borichewski@usdoj.gov

Attorney for Defendant United States

STIPULATION AND PROPOSED ORDER FOR
EXTENSION OF PRE-TRIAL DEADLINES
17-CV-416RSL - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
206-553-7970

## ORDER

The parties having so stipulated and agreed, it is hereby **SO ORDERED**. The deadline for rebuttal expert reports is extended to May 30, 3018, and the discovery deadline is extended to June 30, 2018. The Clerk is directed to send copies of this Order to all counsel of record.

DATED this 10th day of April, 2018.

_____
JUDGE ROBERT S. LASNIK
UNITED STATES DISTRICT COURT

STIPULATION AND ~~PROPOSED~~ ORDER FOR
EXTENSION OF PRE-TRIAL DEADLINES
17-CV-416RSL - 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
206-553-7970