The Honorable Judge Robert S. Lasnik

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| WILLIAM BARRY, PhD. | |
|---|---|
| Plaintiff, | Case No. 2:17-CV-0416RSL |
| vs. | STIPULATION AND ORDER OF DISMISSAL |
| UNITED STATES OF AMERICA, | Noted for consideration on: **August 8, 2018** |
| Defendant. | |

## JOINT STIPULATION

IT IS HEREBY STIPULATED AND AGREED by the undersigned attorneys for the parties that, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the above-referenced case should be DISMISSED with prejudice and without an award of costs or fees to any party.

//

//

//

STIPULATION AND ORDER OF DISMISSAL
[Case No. 2:17-CV-0416RSL] - 1

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970

1  Dated this 8th day of August, 2018.

2

3  NELSON, LANGER & ENGLE                    ANNETTE L. HAYES
                                              United States Attorney
4

5  *s/Frederick P. Langer*
   Frederick P. Langer, WSBA#25932
6  12055 15th Ave. NE                         *s/Lisca Borichewski*
                                              Lisca Borichewski, WSBA#24300
7  Seattle, WA  98125                         Assistant United States Attorney
   Phone: 206-623-7520                        United States Attorney's Office
8  Fax: 206-622-7068                          700 Stewart Street, Suite 5220
   Email: fredl@nellaw.com                    Seattle, Washington 98101-1271
9                                             Phone: 206-553-7970
10 Attorney for Plaintiff                     Email: lisca.borichewski@usdoj.gov

11                                            Attorney for Defendant United States

12

13

14

15

16

17

18

19

20

21

22

23

24

25

STIPULATION AND ORDER OF DISMISSAL
[Case No. 2:17-CV-0416RSL] - 2

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970

||
|---|
| 1 |
| 2 |
| 3 |
| 4 |
| 5 |
| 6 |
| 7 |
| 8 |
| 9 |
| 10 |
| 11 |
| 12 |
| 13 |
| 14 |
| 15 |
| 16 |
| 17 |
| 18 |
| 19 |
| 20 |
| 21 |
| 22 |
| 23 |
| 24 |
| 25 |

**ORDER**

The parties having so stipulated and agreed, it is hereby **SO ORDERED**. The above-referenced case is hereby DISMISSED with prejudice and without an award of costs or fees to any party. The Clerk is directed to send copies of this Order to all counsel of record.

DATED this 10th day of August, 2018.

_____
ROBERT S. LASNIK
United States District Court Judge

STIPULATION AND ORDER OF DISMISSAL
[Case No. 2:17-CV-0416RSL] - 3

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970